### 48958. COOKE v. THE STATE.

QUILLIAN, Judge.
This appeal is controlled by *Neal v. State,* 131 Ga. App. 460.
*Judgment affirmed. Bell, C. J., and Clark, J., concur.*

___

498

ARGUED JANUARY 7, 1974 — DECIDED MARCH 14, 1974 —
REHEARING DENIED MARCH 29, 1974.

*James C. Bonner, Jr.,* for appellant.
*John W. Underwood, District Attorney, George E.
Argo,* for appellee.